UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL ASHER and ROBIN ASHER,

   Plaintiffs,

v.

WRIGHT NATIONAL FLOOD INSURANCE COMPANY,

   Defendant.

CASE NO. 6:23-cv-01864

## COMPLAINT FOR DAMAGES

COME NOW, the Plaintiffs, MICHAEL ASHER and ROBIN ASHER, by and through their undersigned counsel, who sue the Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY, alleging as follows:

### Preliminary Statement

1. Plaintiffs' Complaint is for breach of an insurance policy arising out of a claim for damages sustained to Plaintiff's property as a result of flooding damage on or about September 28, 2022 from Hurricane Ian.

2. Despite the fact that Plaintiff timely paid all premiums charged by the Defendant for the subject insurance policy, the Defendant failed to fully indemnify the Plaintiff for their covered losses.

3. Plaintiffs now seek damages against the Defendant due to the Defendant's breach of the insurance policy contract and unreasonable and unfounded failure to pay for losses covered by the insurance policies issued to the Plaintiffs.

## Jurisdiction and Venue

4. Jurisdiction over this dispute is exclusive to this Court pursuant to 42 U.S.C. §4053. Jurisdiction is also appropriate in this action pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1367.

5. Venue is proper in this Court pursuant to 42 U.S.C. §4053 and 28 U.S.C. §1391, as the Judicial District in which the insured property is located.

## The Parties

6. At all material times, the Plaintiffs were the owners of their home and contents located in Volusia County at 2291 River Ridge Rd. Deland, Florida.

7. The Defendant, Wright National Flood Insurance Company, was and is a duly organized private insurance company and/or an association of insurance companies, licensed and duly authorized to conduct business in the State of Florida, and otherwise availing itself of the rights, remedies and jurisdiction of the State of Florida.

8. The Defendant, a Texas for profit corporation, was and is authorized to issue standard flood insurance policies to property owners in the State of Florida under the National Florida Insurance Program (NFIP) administered by the Federal Emergency Management Agency (FEMA).

## Operative Facts

9. The Defendant, for good and valuable consideration, issued a standard flood insurance policy to the Plaintiffs, bearing policy number 09 1151709750 03), insuring against risk of flood loss to Plaintiffs' building and contents. A copy of the declarations page of the insurance policy is attached as Exhibit "A".

10. At all material times, the Plaintiffs had timely paid all premiums due on the insurance policy and the policy was in full force and effect at all times material to this action.

11. At all material times, the Plaintiffs had timely paid all premiums due on the insurance policies that were in full force and effect at all times material to this action.

12. On or about September 28, 2022, the Plaintiffs suffered loss and damages as a result of flooding from Hurricane Ian, a peril covered under the subject insurance policy issued by Wright.

13. Plaintiffs provided timely and sufficient notice to the Defendants of the losses, damages and claims being asserted.

14. Defendants acknowledged the claims and have had sufficient opportunity to investigate, appraise and adjust the loss and damages.

15. All conditions precedent have been performed, satisfied, or otherwise waived.

## Count I – Breach of the Insurance Policy

16. The Plaintiffs hereby incorporate the allegations contained in paragraphs 1 through 15 above, and further allege:

17. Damages and losses sustained by the Plaintiffs on or about September 28, 2022 from Hurricane Ian are covered under the insurance policy issued by the Defendant.

18. The Defendant failed to fully indemnify the Plaintiffs for the full value of the damages and losses sustained.

19. Defendant's failure to fully indemnify the Plaintiffs for covered losses sustained represents a material breach of the insurance policy.

20. Plaintiffs have been damaged as a result of the Defendant's breach of the insurance contract, and bring this action in order to force the Insurer to satisfy its obligations under the insurance contract.

21. WHEREFORE, the Plaintiffs, Michael and Robin Asher, respectfully request judgment in their favor and against the Defendant, Wright National Flood Insurance Company, for all proceeds due under the subject insurance policy as to be determined at trial, together with pre and post judgment interest and costs as allowable by law, and for such other and further relief as this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable as of right by jury.

Respectfully submitted this 27 September 2023.

> LAW OFFICES OF GEOFFREY GILBERT, P.A.
> *Attorney for the Plaintiffs*
> 80 NE 4th Avenue, Suite 12
> Delray Beach, Florida 33483
> Telephone: (561) 570-2915
> F.R.J.A. Email: pleadings@GilbertLawFL.com
>
> By: _____
> Geoffrey Gilbert
> Florida Bar No. 547417